[No. 18658-0-III.   Division Three.   September 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL J. TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-8-00658-1, William F. Aronow, J. Pro Tem., entered August 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18602-4-III.   Division Three.   September 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN RANDOLPH HART, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-1-00385-5, Evan E. Sperline, J., entered June 14, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 22557-3-II.   Division Two.   September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. BARNHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 97-1-00029-2, William E. Howard, J., and Mark Huth, J. Pro Tem., entered October 10, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.